IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARDIN C. BENJAMIN** **PLAINTIFF**
**ADC #156643**

V.  NO. 4:20-cv-01377-KGB-ERE

**BAKER,** *et al.*[1]  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.  Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.  Discussion**

Plaintiff Cardin C. Benjamin was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on November 20, 2020. *Doc. 2*. The Local Rules for the Eastern District of Arkansas require *pro se* plaintiffs to promptly notify the Court of any change in address so that the Court and other parties can communicate with

---

[1] The Clerk is instructed to update the docket sheet to include the full names of Defendants Sam Baker, Cody Hickman, Ed Adams, Kevin Burt, and Rodney Allen.

them. Local Rule 5.5(c)(2). Shortly after this lawsuit was filed, December 2, 2020, the Court advised Mr. Benjamin of his obligations under Local Rule 5.5(c)(2). *Doc. 3*.

On June 15, 2021, mail sent to Mr. Benjamin from the Court was returned as "undeliverable." *Doc. 13*.

On June 16, 2021, the Court ordered Mr. Benjamin to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 14*. That Order also was returned to the Court as "undeliverable." *Doc. 15*. To date, Mr. Benjamin has not responded to the Court's June 16 Order, and the time to do so has passed.

Thus, the Court, and Defendants, have no way to communicate with Mr. Benjamin regarding this action.

### III.   Conclusion

The Court recommends that Mr. Benjamin's claims be DISMISSED, without prejudice, based on his failure to comply with his obligations under Local Rule 5.5(c)(2), failure to respond to the Court's June 16, 2021 Order, and failure to prosecute this lawsuit.

DATED this 29th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE