IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARDIN C. BENJAMIN**                                                                                    **PLAINTIFF**
ADC #156643

v.                                    Case No. 4:20-cv-1377-KGB

**BAKER,** *et al.*                                                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere and the Recommended Disposition submitted by United States Magistrate Judge Edie Ervin (Dkt. Nos. 5, 16). Plaintiff Cardin C. Benjamin has not filed any objections, and the time to file objections has passed. Moreover, Mr. Benjamin has not alerted the Court to an apparent address change, as is required under the Local Rules of this Court (Dkt. Nos. 13, 17). Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas.

Accordingly, after careful consideration, the Court concludes that both the Partial Recommended Disposition and the Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 5, 16).

The Court dismisses Mr. Benjamin's complaint against defendant Gorman, without prejudice, as the complaint does not state a claim for relief (Dkt. No. 5). The Court also dismisses, without prejudice, Mr. Benjamin's claims against defendants Ed Adams, Sam Baker, Cody Hickman, Kevin Burt, and Rodney Allen for failure to comply with Local Rule 5.5(c)(2) (Dkt. No. 16).

It is so ordered this the 13th day of January, 2023.

                                                               */s/ Kristine G. Baker*
                                                               Kristine G. Baker
                                                               United States District Judge